050262/01270/JDH/RGH

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VALLY FORGE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:22-cv-05132 |

## STIPULATION OF DISMISSAL

Plaintiff, THE TRAVELERS INDEMNITY COMPANY, and Defendant, VALLEY FORGE INSURANCE COMPANY, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), hereby agree to the dismissal of this case as follows:

1. Pursuant to settlement reached by the parties, Plaintiff, THE TRAVELERS INDEMNITY COMPANY, dismisses its claims against Defendant, VALLEY FORGE INSURANCE COMPANY, with prejudice.

2. Each party to bear their own costs and attorneys' fees.

Respectfully submitted,

TRAVELERS INDEMNITY COMPANY

By: /s/ *Robert G. S. Hartzer*

John D. Hackett, ARDC #6196747
Robert G.S. Hartzer, ARDC #6332784
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
jhackett@cassiday.com
rhartzer@cassiday.com
One of the Attorneys for Plaintiff,
*The Travelers Indemnity Company*

TRAVELERS INDEMNITY COMPANY

By: /s/ *Scott E. Turner*

Scott E. Turner
Corporate Litigation
CNA
151 North Franklin Street, 9th Floor
Chicago, IL 60606
(312) 822-4571
scott.turner@cna.com
One of the Attorneys for Defendant,
*Valley Forge Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2023, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ *Robert G.S. Hartzer*

11341329